DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL L. BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-861

[April 19, 2018]

Appeal of order denying petition for writ of habeas corpus to the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 97023333CF10A.

Michael L. Brown, Arcadia, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melanie Dale Surber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and KUNTZ, JJ., concur.

*　　*　　*

***Not final until disposition of timely filed motion for rehearing.***